**Fill in this information to identify the case:**

Debtor 1: Mary Dell Dixon

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Middle District of Georgia

Case number: 4:16-bk-41033

Official Form 410S1

# Notice of Mortgage Payment Change          12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: U.S. Bank Trust, N.A., as Trustee of the Igloo Series III Trust

Court claim no. (if known): 10-1

Last 4 digits of any number you use to identify the debtor's account: 9 7 0 9

Date of payment change:
Must be at least 21 days after date of this notice: 12/01/2019

New total payment: $ 756.10
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 466.84    New escrow payment: $ 501.28

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
      (*Court approval may be required before the payment change can take effect.*)

      Reason for change: _____

      Current mortgage payment: $ _____    New mortgage payment: $ _____

Official Form 410S1          Notice of Mortgage Payment Change          page 1

Debtor 1 **Mary Dell Dixon**
First Name   Middle Name   Last Name

Case number (if known) 4:16-bk-41033

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

- ☐ I am the creditor.
- ☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Michelle R. Ghidotti-Gonsalves, Esq.
Signature

Date 11/06/2019

Print: Michelle R. Ghidotti-Gonsalves
First Name   Middle Name   Last Name

Title Authorized Agent for Secured Creditor

Company Ghidotti Berger, LLP

Address 1920 Old Tustin Avenue
Number   Street

Santa Ana   CA   92705
City   State   ZIP Code

Contact phone 949-927-2010

Email bknotifications@ghidottigberger.com